IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                                    Civil Action No. 05-26E
                                              Misc. No.

JO ANN JENKINS

    Defendants

## WRIT OF EXECUTION

United States of America       )
                                         )    ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

Issue Writ of Execution in the above matter:

        Principal                                                      $60,186.09

        Interest to 7/31/04                                   $ 3,879.43

        Interest at the daily rate of $9.89
        from  date8/1/04 to 4/11/05

NLA003223V001
6/13/2005

| | |
|---|---|
| of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $   574.70 |
| Administrative Costs | $   250.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ |
| TOTAL | $67,402.28 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

*R.V. Barth, J.*

Seal of the Court
Date: JUN 1 4 2005 , 2005

DEPUTY CLERK

NLA003223V001
6/13/2005