UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
Plaintiff

vs

Civil No 05-26E

JO ANN JENKINS

Defendant

## CERTIFICATE OF SERVICE

I, LORI A GIBSON, certify that, this _28th_ day of _NOVEMBER_ 2005 served a true and correct copy of the foregoing MOTION FOR ORDER OF COURT DISPENSING WITH THE NECESSITY FOR SERVING NEW NOTICES OF MARSHAL'S SALE AND FURTHER ADVERTISEMENT upon the following party by regular First Class United States Mail, postage prepaid, addressed as follows:

Jo Ann Jenkins
689 Washington Street
Meadville, PA 16335

City of Meadville
984 Water Street
Meadville, PA 16335

Meadville Area Sewer Authority
1320 Park Avenue
Meadville, PA 16335

Crawford County Tax Claim Bureau
903 Diamond Park
Meadville, PA 16335

Meadville Area Water Authority
18160 Rogers Ferry Road
Meadville, PA 16335

Crawford Central School District
Administrative Office
11280 Mercer Pike
Meadville, PA 16335

Child Support Enforcement Agency
898 Park Avenue
Meadville, PA 16335

Lori A. Gibson

CAB0008950V001
11/23/2005