UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

vs.

JO ANN JENKINS

    Defendant

Civil No. 05-26E

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the within Motion for Order of Court Dispensing With the Necessity for Sending New Notices of Marshal's Sale and Further Advertisement, it is hereby ORDERED, ADJUDGED and DECREED that the Plaintiff shall be and hereby is permitted to proceed with the Marshal's Sale which is scheduled for January 9, 2006 at 11:00 a.m. at the Crawford County Courthouse, without the necessity of sending new notices of sale and re-posting the property, and without the need for further advertisement.

BY THE COURT:

_____
                      J

CAB0008950V001
11/28/2005