IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                        Civil Action No 05-26E
                                               Misc

JO ANN JENKINS
Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $60,186.09 |
| Interest to 7/31/04 | $ 3,879.43 |
| Interest at the daily rate of $9 89 from the date 8/1/04 to 4/11/05 of Judgment | $ 2,512 06 |
| Interest Credit Subject to Recapture | $ 574.70 |
| Administrative Costs | $ 1,143 95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                                            Respectfully submitted,
                                            BERNSTEIN LAW FIRM, P.C.
                                            By:_____
                                            Lori A Gibson, Esquire
                                            Attorney for Plaintiff
                                            PA I.D #68013
                                            Suite 2200 Gulf Tower
                                            Pittsburgh, PA 15219
                                            **DIRECT DIAL: (412) 456-8100**

NLA003223V001
2/27/2006