IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
    vs.                                          Civil Action No. 05-26E
                                                    Misc. No.

JO ANN JENKINS

    Defendants

## WRIT OF EXECUTION

United States of America      )
                                      )    ss:
Western District of Pennsylvania   )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

Issue Writ of Execution in the above matter:

        Principal                                              $60,186.09

        Interest to 7/31/04                            $ 3,879.43

        Interest at the daily rate of $9.89
        from  date 8/1/04 to 4/11/05

NLA003223V001
2/27/2006

|  |  |
|---|---|
| of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $ 574.70 |
| Administrative Costs | $ 1,143.95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date:_____, 2006

_____
DEPUTY CLERK