IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.

Civil Action No. 05-26E
Misc. No.

JO ANN JENKINS

    Defendants

### AFFIDAVIT OF LAST KNOWN ADDRESS

Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

JO ANN JENKINS
689 WASHINGTON STREET
MEADVILLE, PA 16335

Lori A Gibson, Esquire

Sworn to and subscribed
before me this ____ day
of _March_, 2006

_____
Notary Public

Notary Seal
Linda Boyle, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires October 29, 2007

Member, Pennsylvania Association of Notaries

NLA003223V001
2/10/2006