U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 05-26E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JO ANN JENKINS | WRIT OF EXECUTION |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

---

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                            Fold

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | 412-456-8100 | 3-1-06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 68 | No. 68 | | 3/9/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☒ am ☐ pm |
| | 20 march | 10:08 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | 8.00 | | 85.00 |

REMARKS: Forward 3-15-06

ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.

DEPUTY U.S. MARSHAL

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT | FORM USM-285 |
|---|---|---|---|
| | | 2. USMS RECORD | Rev. 12/15/80 |
| | | 3. NOTICE OF SERVICE | Automated 01/00 |
| | | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | |
| | | 5. ACKNOWLEDGMENT OF RECEIPT | |

E-FILED 3-7-06

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      Plaintiff,
           vs.

                                Civil Action No 05-26E
                                Misc

JO ANN JENKINS
      Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $60,186.09 |
| Interest to 7/31/04 | $ 3,879.43 |
| Interest at the daily rate of $9.89 from the date 8/1/04 to 4/11/05 of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $ 574.70 |
| Administrative Costs | $ 1,143.95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                              Respectfully submitted,
                              BERNSTEIN LAW FIRM, P.C.
                              By:
                              Lori A. Gibson, Esquire
                              Attorney for Plaintiff
                              PA I.D. #68013
                              Suite 2200 Gulf Tower
                              Pittsburgh, PA  15219
                              **DIRECT DIAL:  (412) 456-8100**

F0 054332

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                    Civil Action No. 05-26E
                             Misc. No.

JO ANN JENKINS

    Defendants

## **WRIT OF EXECUTION**

United States of America    )
                        )    ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

Issue Writ of Execution in the above matter:

            Principal                         $60,186.09

            Interest to 7/31/04               $ 3,879.43

            Interest at the daily rate of $9.89
            from  date8/1/04 to 4/11/05

| | |
|---|---|
| of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $    574.70 |
| Administrative Costs | $ 1,143.95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $    413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.


CLERK OF COURT


Seal of the Court
Date:_____, 2006

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                    Civil Action No. 05-26E
                               Misc. No.

JO ANN JENKINS

    Defendants

## AFFIDAVIT OF LAST KNOWN ADDRESS

        Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

JO ANN JENKINS
689 WASHINGTON STREET
MEADVILLE, PA 16335

Lori A Gibson, Esquire

Sworn to and subscribed
before me this *04* day
of *March*, 2006

Notary Public

Notary Seal
**Linda Boyle, Notary Public**
**City of Pittsburgh, Allegheny County**
**My Commission Expires October 29, 2007**
Member, Pennsylvania Association of Notaries

NLA003223V001
2/10/2006