| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 05-26E    MISC. |
| DEFENDANT | TYPE OF PROCESS |
| JOANN JENKINS | WRIT OF EXECUTION/NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOANN JENKINS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
689 WASHINGTON STREET, MEADVILLE, PA 16335

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SERVE THE ABOVE INDIVIDUAL BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED. IF MAIL IS RETURNED "UNCLAIMED", SERVE PERSONALLY. MUST SERVE BEFORE 5-30-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH EXTRA COPIES OF DOCUMENTS WHICH WE PROVIDE HEREWITH.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 3-1-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 3/18/06    Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|

REMARKS: mailed out 3-15-06  9843 80202839

E-FILED 3-7-06

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                   Civil Action No 05-26E
                                          Misc

JO ANN JENKINS
    Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $60,186.09 |
| Interest to 7/31/04 | $ 3,879.43 |
| Interest at the daily rate of $9.89 from the date 8/1/04 to 4/11/05 of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $ 574.70 |
| Administrative Costs | $ 1,143.95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                                          Respectfully submitted,
                                          BERNSTEIN LAW FIRM, P.C.
                                          By:
                                          Lori A. Gibson, Esquire
                                          Attorney for Plaintiff
                                          PA I.D. #68013
                                          Suite 2200 Gulf Tower
                                          Pittsburgh, PA  15219
                                          **DIRECT DIAL:  (412) 456-8100**

NLA003223V001
2/27/2006

F0054332

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                                    Civil Action No. 05-26E
                                                   Misc. No.

JO ANN JENKINS

    Defendants

## WRIT OF EXECUTION

United States of America      )
                                     )    ss:
Western District of Pennsylvania  )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

Issue Writ of Execution in the above matter:

        Principal                                            $60,186.09

        Interest to 7/31/04                          $ 3,879.43

        Interest at the daily rate of $9.89
        from  date8/1/04 to 4/11/05

| | |
|---|---|
| of Judgment | $ 2,512.06 |
| Interest Credit Subject to Recapture | $ 574.70 |
| Administrative Costs | $ 1,143.95 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 413.66 |
| TOTAL | $68,709.89 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date:_____, 2006                                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                                      Civil Action No. 05-26E
                                            Misc. No.

JO ANN JENKINS

    Defendants

### AFFIDAVIT OF LAST KNOWN ADDRESS

        Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

JO ANN JENKINS
689 WASHINGTON STREET
MEADVILLE, PA 16335

_Lori A Gibson, Esquire_

Sworn to and subscribed
before me this _04th_ day
of _March_, 2006

_Linda Boyle_
Notary Public

Notary Seal
Linda Boyle, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires October 29, 2007

Member, Pennsylvania Association of Notaries

NLA003223V001
2/10/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                           Civil Action No. 05-26E

JO ANN JENKINS

    Defendants

## NOTICE OF MARSHAL'S SALE OF REAL ESTATE

To:    JO ANN JENKINS
        689 WASHINGTON STREET
        MEADVILLE, PA 16335

    This is to notify you that the real estate owned by Jo Ann Jenkins and more fully described below, will be sold at United States Marshal's Sale on **JUNE 30, 2006 at 10:30 am.** The sale will take place at the **CRAWFORD COUNTY COURTHOUSE, PA** The property being sold is: 689 Washington Street Meadville, PA 16335.

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street.

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

    All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

    Claims against property must be filed at the office of the United States Marshal before above sale date.

NLA003223V001
2/10/2006

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you

All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

Claims against property must be filed at the office of the United States Marshal before above sale date.

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

YOU SHOULD TAKE THIS NOTICE AND THE WRIT OF EXECUTION TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL ADVICE.

LAWYER REFERRAL SERVICE<br>
PA BAR ASSOCIATION<br>
PO BOX 186<br>
HARRISBURG, PA 17108<br>
1-800-692-7375

You may have legal rights to prevent the Marshal's Sale and the loss of your property. In order to exercise those rights, prompt action on your part is necessary. A lawyer may be able to help you.

You may have the right to prevent or delay the Marshal's Sale by filing, before the sale occurs, a Motion to Open or Strike the Judgment or a Petition to Stay the Execution.

If the Judgment was entered because you did not file with the Court a defense or objection you might have had within sixty (60) days after a Notice of Lawsuit and Request for Waiver of Service was sent to you

or within twenty (20) days after personal service of the Complaint, you may have a right to have the Judgment opened if you promptly file a Motion with the Court alleging a valid defense and a reasonable excuse for failing to file the defense on time. If the Judgment is opened, the Sale would ordinarily be delayed pending a trial of the issue of whether the Plaintiff has a valid claim entitling it to foreclose upon or sell the real property.

You may also have the right to have the Judgment stricken if there has not been valid service of the Complaint or if the Judgment was entered before sixty (60) days after service of Notice Lawsuit and Request for Waiver of Service of Summons was sent to you or within twenty (20) days after personal service of the Complaint or in certain other events. To exercise this right, you would have to file a Motion to Strike the Judgment.

If Judgment was entered against you by confession, you may not have certain of the rights set forth above, but you still may have the right to move to have the Confessed Judgment opened or stricken on proper grounds.

You may also have the right to Petition the Court to stay or delay the execution and Marshal's Sale if you can show a defect in the Writ of Execution or service or demonstrate any other legal or equitable right.

You may also have the right to have the Marshal's Sale set aside if the property is sold for a grossly inadequate price or if there are defects in the Marshal's Sale. To exercise this right, you should file a Petition with the Court after the sale and before the Marshal has delivered his Deed to the property. The Marshal will deliver the Deed if no Petition to Set Aside the Sale is filed within 10 (ten) days from the date when the Schedule of Distribution is filed in the office of the Marshal.

                                        Respectfully submitted,
                                        BERNSTEIN LAW FIRM, P.C.

                                        By:_____
                                        Lori A. Gibson, Esquire
                                        Attorney for Plaintiff
                                        PA I.D. #68013
                                        Suite 2200 Gulf Tower
                                        Pittsburgh, PA 15219
                                        **DIRECT DIAL: (412) 456-8100**