IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.                             Civil Action No. 05-26E

JOANN JENKINS

        Defendant(s)

## AFFIDAVIT OF LIENHOLDER

Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on April 19, 2006 at the following addresses:

City of Meadville
984 Water Street
Meadville, PA 16335

Meadville Area Sewer Authority
1320 Park Avenue
Meadville, PA 16335

Crawford County Tax Claim Bureau
903 Diamond Park
Meadville, PA 16335

Meadville Area Water Authority
18160 Rogers Ferry Road
Meadville, PA 16335

NLA003433V001

Crawford Central School District
Administrative Office
11280 Mercer Pike
Meadville, PA 16335

Child Support Enforcement Agency
898 Park Avenue
Meadville, PA 16335

I hereby declare, under penalty of perjury, that the foregoing is true and correct
Executed on 4-19-06

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I.D.#68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No F0054332