IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs.

JOANN JENKINS

Defendant

Civil Action No. 05-26E

## SUPPLEMENTAL AFFIDAVIT OF LIENHOLDER SERVICE

Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on April 24, 2006 at the following addresses:

Randy Crawford
18786 Williams Street
Meadville, PA 16335

Sky Bank
101 E. Washington Street
New Castle, PA 16103-1488

Executed on _4-24-06_    I hereby declare, under penalty of perjury, that the foregoing is true and correct.

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I.D.#68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No. F0054332

CAB0009607V001