# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CA 05-26E MISC. |
| DEFENDANT: JOANN JENKINS | TYPE OF PROCESS: HANDBILL NOTICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
689 WASHINGTON STREET, MEADVILLE, PA 16335

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE POST HANDBILL NOTICE OF SALE ON PREMISES BEFORE 5-30-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH COPY OF HANDBILL NOTICE OF SALE.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 5-1-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.:
District to Serve No.: 66

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/25/06   Time: 1:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 36.00 | | 134.00 | | |

REMARKS: To Erie 3-31-06 ... 3-28-06 ... 9-28-06
80 miles @ .45 per mile = 36.00
2 HPS = 90.00

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Crawford County Courthouse, PA hereinafter described property located at 689 Washington Street, Meadville, PA 16335, being more fully described as follows:

ALL that certain piece or parcel of land situate in the Second Ward of the City of Meadville, Crawford County, Pennsylvania, bounded and described as follows

ON the north eighty-eight (88) feet by Stevens Alley; on the east one hundred eighty-one and forty-three hundredths (181.43) feet by land of Justin Childs; on the south eighty-eight (88) feet by Washington Street and on the west on hundred eighty-one (181) feet by land formerly of Jones, now of Richard Edmonds, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335..

Being further identified as Tax Parcel No. 34-33-A-48 and No. 34-33-A-48A.

**SAID SALE** to be held at the **CRAWFORD COUNTY COURTHOUSE, PA** at **10:30 a.m.** prevailing, standard time, on **JUNE 30, 2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel I.D # 34-33-A-48 and 34-33-A-48A in Crawford County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Jo Ann Jenkins, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution at Civil Action No. 05-26E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.

MLA003223V001
2/27/2006