IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs.

Civil Action No. No 05-26E

JO ANN JENKINS

Defendant

**PRAECIPE TO ENTER PROOF OF PUBLICATION**

To the Clerk of Court:

Please enter the proofs of publication for the above-captioned case.

Lori A. Gibson, Esquire

No. Term

**PROOF OF PUBLICATION OF NOTICE IN**

# Crawford County Legal Journal

Under Act No. 587, Approved May 16, 1929, P L 1784, as amended by Act No 51 of April 24,1931

STATE OF PENNSYLVANIA
COUNTY OF CRAWFORD. ss:

**WILLIAM B. MOORE, EDITOR** of THE CRAWFORD COUNTY LEGAL JOURNAL, published by the Crawford County Bar Association, a non-profit corporation of the County and State aforesaid, being duly sworn, deposes and says that the CRAWFORD COUNTY LEGAL JOURNAL is a legal newspaper published at Meadville, Crawford County, Pennsylvania, which was established as a weekly publication September 7, 1960, since which date said publication has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said publication on the following dates, viz: May 31st, 7th, 14th and the 21st day of June A.D 2006

Affiant further deposes that he is an officer duly authorized by THE CRAWFORD COUNTY BAR ASSOCIATION, a non-profit corporation, publisher of said CRAWFORD COUNTY LEGAL JOURNAL, a weekly publication, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**Copy of notice or publication**

[signature]
Crawford County Legal Journal

**LEGAL NOTICE**

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Crawford County Courthouse Meadville, PA 16335 hereinafter described property:

ALL that certain parcel of land situate in the Second Ward of the City of Meadville, Crawford County, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

**SAID SALE** to be held at the **THOMAS ROOM, 3RD FLOOR, CRAWFORD COUNTY COURTHOUSE, PA** at **10:30 a.m.** prevailing, standard time, on **JUNE 30,2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel I.D # 34-33-A-48 and 34-33-A-48A in Crawford County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Jo Ann Jenkins, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution at Civil Action No. 05-26E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.

C C L J - May 31 June 7 14 21 2006

Sworn to and subscribed before me this 27th day of June 2006

[signature] (signed)

NOTARIAL SEAL
ANGELINE SCIERE, NOTARY PUBLIC
MEADVILLE, CRAWFORD COUNTY, PA
MY COMMISSION EXPIRES DEC. 19, 2006

# Statement of Advertising Costs

Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900

To CRAWFORD COUNTY LEGAL JOURNAL, Dr

| | |
|---|---|
| For publishing the notice or advertisement attached hereto on the above stated date | $ 225.00 |
| Affidavit | $ 2.75 |
| Total | $ 227.75 |

# Publisher's Receipt for Advertising Costs

The Crawford County Bar Association a non-profit corporation, publisher of the CRAWFORD COUNTY LEGAL JOURNAL, a weekly publication, hereby acknowledges receipt of the aforesaid advertising and publication costs, and certifies that the same have been fully paid

MAILING ADDRESS:
P.O BOX 384
MEADVILLE, PA 16335

THE CRAWFORD COUNTY BAR ASSOCIATION, non-profit Corporation Publisher of CRAWFORD COUNTY LEGAL JOURNAL, a Weekly Publication

By [signature]

I hereby certify that the foregoing is the original Proof of Publication and Receipt for The Advertising cost in subject matter of said notice

Attorney for

TO CAB

F0054332

# [PROOF] OF PUBLICATION

Copy of Notice of P[ublication]

**PUBLIC NOTICE MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Crawford County Courthouse, Meadville, PA 16335 hereinafter described property:

ALL that certain parcel of land situate in the Second Ward of the City of Meadville, Crawford County, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335.

**SAID SALE** to be held at the **THOMAS ROOM, 3RD FLOOR, CRAWFORD COUNTY COURTHOUSE, PA at 10:30 AM** prevailing, standard time, on **JUNE 30, 2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel ID # 34-33-A-48 and 34-33-A-48A in Crawford County Assessment Office, Pennsylvania.

Seized and taken in execution as the property of Jo Ann Jenkins, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of [Execution]. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.

05/29/06: 06/05,12/19/06

PROOF OF PUBLICATION OF NOTICE IN

## THE MEADVILLE TRIBUNE

Under Act No 587 Approved May 16 1929

[COMMONWEALTH OF PENNSYLVANIA

COUNTY OF CRAWFORD] SS:

I, Jeanne Moore Yount, being duly sworn say that I am Publisher and [Gene]ral Manager of The Meadville Tribune, owned and published by [Com]munity Newspaper Holdings Inc, of the County and State aforesaid, and The Meadville Tribune, a newspaper of general circulation published at [9]49 Federal Court, City of Meadville, County and State aforesaid, was [estab]lished in 1884, since which time The Meadville Tribune has been regularly [publishe]d in said county and that the printed notice of publication attached hereto is [exac]tly the same as was printed and published in the regular editions and issues [of th]e said Meadville Tribune on the following dates, viz

The 29th of May, 5th, 12th & 19th of June 2006

[A]ffiant deposes that he is an officer duly authorized by Community [Ne]wspaper Holdings, Inc, publisher of the said Meadville Tribune, a [new]spaper of general circulation, to verify the foregoing statement under oath, [that] affiant is not interested in the subject matter of the aforesaid notice or [adve]rtisement, and that all allegations in the foregoing statements as to time, [plac]e and character of publication are true.

This affidavit is made under and by virtue of a resolution of the Board of [Dir]ectors of Community Newspaper Holdings, Inc. duly passed on the 1st day [of F]ebruary, 1999, authorizing and directing this affiant to make and verify this [and] all other proofs of publication of notices and advertisements thereafter to be [pub]lished in The Meadville Tribune which may require such proof according to [the] requirements of the Act of May, 1929, P L 1784

Jeanne Moore-Yount

The Meadville Tribune, a Division of Community Newspaper Holdings Inc

Sworn to and subscribed before me this 22nd day of June 2006

Linda L. Stafford

My commission expires

NOTARIAL SEAL
LINDA L. STAFFORD, Notary Public
City of Meadville, Crawford County
My Commission Expires Sept. 19, 2006

## THE MEADVILLE TRIBUNE

| | |
|---|---|
| For publishing the notice of publication attached hereto on the above stated dates | $669 44 |
| Affidavit of same | $ 5 00 |
| Total | $674.44 |

## PUBLISHER'S RECEIPT FOR ADVERTISING COSTS

The Meadville Tribune, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid

The Meadville Tribune, a newspaper of general Circulation

______________________