IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                    Civil Action No. No 05-26E

JO ANN JENKINS
    Defendant

## SCHEDULE OF DISTRIBUTION

    Real property cried and sold to BFS Holdings, Inc., in consideration of the sum of $32,000.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned; $31,267.79. Other amounts distributed from proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

*Thomas M. Fitzgerald*
United States Marshal for the
Western District of Pennsylvania

CAB0009964V001
7/18/2006

Distribution of money received from sale of real estate of Jo Ann Jenkins by Thomas M. Fitzgerald, United States Marshal, June 30, 2006 at Civil Action No. 05-26E

Bid: $32,000.00

U.S. Marshal's Costs.................................$732.21

$

Balance: $31,267.79

CAB0009964V001
7 18 2006

No. ............................................. Term. ....................

PROOF OF PUBLICATION OF NOTICE IN

# Crawford County Legal Journal

Under Act No. 587, Approved May 16, 1929, P.L. 1784, as amended by Act No. 51 of April 24, 1931

STATE OF PENNSYLVANIA,
COUNTY OF CRAWFORD,    ss:

WILLIAM B. MOORE, EDITOR of THE CRAWFORD COUNTY LEGAL JOURNAL, published by the Crawford County Bar Association, a non-profit corporation of the County and State aforesaid, being duly sworn, deposes and says that the CRAWFORD COUNTY LEGAL JOURNAL is a legal newspaper published at Meadville, Crawford County, Pennsylvania, which was established as a weekly publication September 7, 1960, since which date said publication has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said publication on the following dates, viz: May 31st, 7th, 14th ........................ and the ........ 21st ........ day of ........ June ........ A.D. 2006

Affiant further deposes that he is an officer duly authorized by THE CRAWFORD COUNTY BAR ASSOCIATION, a non-profit corporation, publisher of said CRAWFORD COUNTY LEGAL JOURNAL, a weekly publication, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Copy of notice or publication

_____
Crawford County Legal Journal

Sworn to and subscribed before me this ........ 27th ........ day of ........ June ........ 2006

_____
(signed)

NOTARIAL SEAL
ANGELINE SCIERE, NOTARY PUBLIC
MEADVILLE, CRAWFORD COUNTY, PA
MY COMMISSION EXPIRES DEC. 10, 2006



## Statement of Advertising Costs

Bernstein Law Firm, P.C.

Suite 2200 Gulf Tower

Pittsburgh, PA 15219-1900

To CRAWFORD COUNTY LEGAL JOURNAL, Dr.

For publishing the notice or advertisement
attached hereto on the above stated date ............... $ 225.00
Affidavit ......................................................... $   2.75
Total ............................................................. $ 227.75

## Publisher's Receipt for Advertising Costs

The Crawford County Bar Association, a non-profit corporation, publisher of the CRAWFORD COUNTY LEGAL JOURNAL, a weekly publication, hereby acknowledges receipt of the aforesaid advertising and publication costs, and certifies that the same have been fully paid.

MAILING ADDRESS:                THE CRAWFORD COUNTY BAR ASSOCIATION, non-
P.O. BOX 384                    profit Corporation Publisher of CRAWFORD COUNTY
MEADVILLE, PA 16335             LEGAL JOURNAL, a Weekly Publication.

By _____

I hereby certify that the foregoing is the original Proof of Publication and Receipt for The Advertising cost in subject matter of said notice.

_____
Attorney for

# PROOF OF PUBLICATION

PROOF OF PUBLICATION OF NOTICE IN

## THE MEADVILLE TRIBUNE

Under Act No. 587 Approved May 16, 1929

STATE OF PENNSYLVANIA
COUNTY OF CRAWFORD      SS:

I, Jeanne Moore Yount, being duly sworn say that I am Publisher and General Manager of The Meadville Tribune, owned and published by Community Newspaper Holdings, Inc., of the County and State aforesaid, and that The Meadville Tribune, a newspaper of general circulation published at 949 Federal Court, City of Meadville, County and State aforesaid, was established in 1884, since which time The Meadville Tribune has been regularly published in said county and that the printed notice of publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said Meadville Tribune on the following dates, viz.

The 29th of May, 5th, 12th, & 19th of June 2006

Affiant deposes that he is an officer duly authorized by Community Newspaper Holdings, Inc., publisher of the said Meadville Tribune, a newspaper of general circulation, to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

This affidavit is made under and by virtue of a resolution of the Board of Directors of Community Newspaper Holdings, Inc. duly passed on the 1st day of February, 1999, authorizing and directing this affiant to make and verify this and all other proofs of publication of notices and advertisements thereafter to be published in The Meadville Tribune which may require such proof according to the requirements of the Act of May, 1929, P.L. 1784.

_Jeanne Moore-Yount_
The Meadville Tribune, a Division of
Community Newspaper Holdings, Inc..

Sworn to and subscribed before me this
22nd day of June 2006.

_Linda L. Stafford_

My commission expires

> NOTARIAL SEAL
> LINDA L. STAFFORD, Notary Public
> City of Meadville, Crawford County
> My Commission Expires Sept. 19, 2006

---

**Copy of Notice of Publication**

PUBLIC NOTICE
MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Crawford County Courthouse, Meadville, PA 16335 hereinafter described property: ALL that certain parcel of land situate in the Second Ward of the City of Meadville, Crawford County, and having erected thereon a two-story frame house and being known as 689 Washington Street, Meadville, PA 16335. SAID SALE to be held at the THOMAS ROOM, 3RD FLOOR, CRAWFORD COUNTY COURTHOUSE, PA at 10:30 AM, prevailing, standard time, on JUNE 30, 2006. All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel ID # 34-33-A-48 and 34-33-A-48A in Crawford County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Jo Ann Jenkins, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Fiere Facias. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.
05/29/06; 06/05, 12/19/06

---

### THE MEADVILLE TRIBUNE

For publishing the notice of publication attached hereto on the above stated dates _____ $669.44

Affidavit of same _____ $ 5.00

Total _____ $674.44

### PUBLISHER'S RECEIPT FOR ADVERTISING COSTS

The Meadville Tribune, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

The Meadville Tribune, a newspaper of general Circulation